DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SARA ESTHER MORI,**
Appellant,

v.

**DEPARTMENT OF REVENUE** and
**CHRISTOPHER PETER RADWAY,**
Appellees.

No. 4D21-1273

[September 30, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sarah Willis, Judge; L.T. Case No. 502019DR011092.

Meaghan K. Marro of Marro Law, P.A., Plantation, for appellant.

Caryn A. Stevens of Ward, Damon, Posner, Pheterson & Bleau, West Palm Beach, for appellee Christopher Peter Radway.

No appearance for appellee Department of Revenue.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***